**Order filed, January 10, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
———————————

## NO. 01-17-00832-CV

### ARNOLD VANSTAVERN, Appellant

### V.

### MARY BOHOL, Appellee

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Case 1099829**

---

## ORDER

The reporter's record in this case was due 01/02/2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jenine Redden, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM